LINCOLN FURNITURE COMPANY, appellant,

*v.*

RACHEL BORNSTEIN et al., respondents.

[Decided October 17th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *100 N. J. Eq. 78.*

*Messrs. Bilder & Bilder,* for the appellant.

*Mr. Charles M. Myers,* for the respondents.

PER CURIAM.

, The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, DEAR, JJ. 12.

*For reversal*—WHITE, J. 1.